IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERMIN SOLIS ANIEL, an individual; ERLINDA ABIBAS ANIEL, an individual; and MARC JASON ANIEL, an individual,<br><br>   Plaintiffs,<br><br>   v.<br><br>TD SERVICE COMPANY, a California Company, *et al.*,<br><br>   Defendants.<br>                                                        / | No. C 10-05323 WHA<br><br>**ORDER ENJOINING SALE OF SUBJECT PROPERTY** |

   The foreclosure sale of the subject property noticed for January 19, 2011 shall not go forward and is hereby enjoined until January 31, 2011. Plaintiffs bear the burden of bringing the existence of this order to the attention of defendant TD Service Company.

   **IT IS SO ORDERED.**

Dated: January 13, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE